**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sergio MARTINEZ–COSS, also known as Sergio Martinez, also known as Sergio Coss Martinez, also known as Sergio Martinez Coss, Defendant–Appellant.**

**No. 08–20850.**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 17, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Riley Friesell, Houston, TX, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sergio Martinez–Coss has moved for leave

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez–Coss has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.